GARY A. CLARK, Cal. Bar No. 65455
gclark@sheppardmullin.com
DARREN M. FRANKLIN, Cal. Bar No. 210939
dfranklin@sheppardmullin.com
SHEPPARD MULLIN RICHTER & HAMPTON LLP
　A Limited Liability Partnership
　Including Professional Corporations
333 South Hope Street, 43rd Floor
Los Angeles, California  90071-1422
Telephone:  213-620-1780
Facsimile:   213-620-1398

ROBERT E. BROWNE (*pro hac vice*)
rbrowne@ngelaw.com
WILLIAM J. LENZ (*pro hac vice*)
wlenz@ngelaw.com
MAURICE E. FINNEGAN, III (*pro hac vice*)
mfinnegan@ngelaw.com
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street, Suite 2200
Chicago, Illinois  60602-3801
Telephone:  312-269-8000
Facsimile:   312-269-1747

Attorneys for Defendant and Counter-Claimant
PRECI-DIP SA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TRI-STAR ELECTRONICS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRECI-DIP DURTAL SA, <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS. | Case No. CV 08-04226 GAF (AJWx) <br><br> **STATUS REPORT** |

1  Pursuant to this Court's Order of January 6, 2010, in which the Court
2  ordered the parties to file a status report on or before March 31, 2010, Defendant
3  Preci-Dip SA reports as follows:

5  The appeal pending before the United States Court of Appeals for the
6  Federal Circuit is scheduled for Oral Argument on April 6, 2010.

8  Additionally, the United States Patent and Trademark Office granted
9  reexamination of all claims of U.S. Pat. No. 6,250,974, the patent involved in this
10 case, on February 5, 2010.

12 Dated:  March 31, 2010

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By     */s/ Darren M. Franklin*
             DARREN M. FRANKLIN

Attorneys for Defendant and Counter-Claimant
PRECI-DIP SA