1  TODD M. SORRELL (BAR NO. 175143)
   tsorrell@fulbright.com
2  SPENCER PERSSON (BAR NO. 235054)
   spersson@fulbright.com
3  FULBRIGHT & JAWORSKI L.L.P.
   555 South Flower Street, Forty-First Floor
4  Los Angeles, CA 90071
   Telephone: (213) 892-9200
5  Facsimile: (213) 892-9494
   Attorneys for Plaintiff
6  TRI-STAR ELECTRONICS INTERNATIONAL, INC.

7  GARY A. CLARK, Cal. Bar No. 65455
   gclark@sheppardmullin.com
8  DARREN M. FRANKLIN, Cal. Bar No. 210939
   dfranklin@sheppardmullin.com
9  SHEPPARD MULLIN RICHTER & HAMPTON LLP
      A Limited Liability Partnership
10     Including Professional Corporations
   333 South Hope Street, 43rd Floor
11 Los Angeles, California  90071-1422
   Telephone:  213-620-1780
12 Facsimile:  213-620-1398

13  ROBERT E. BROWNE (*pro hac vice*)
   rbrowne@ngelaw.com
14 WILLIAM J. LENZ (*pro hac vice*)
   wlenz@ngelaw.com
15 MAURICE E. FINNEGAN, III (*pro hac vice*)
   mfinnegan@ngelaw.com
16 MICHAEL R. TURNER (*pro hac* vice)
   mturner@ngelaw.com
17 NEAL, GERBER & EISENBERG LLP
   Two North LaSalle Street, Suite 1700
18 Chicago, Illinois  60602-3801
   Telephone:  312-269-8000
19 Attorneys for Defendant and Counter-Claimant
   PRECI-DIP SA

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| TRI-STAR ELECTRONICS INTERNATIONAL, INC., <br><br> Plaintiff <br><br> v. <br><br> PRECI-DIP DURTAL SA, <br><br> Defendant. | Case No. CV 08-04226-GAF-AJWx <br> Case No. CV 08-08655-GAF-AJW <br><br> The Honorable Gary A. Feess <br><br> **PROTECTIVE ORDER** |

| | |
|---|---|
| PRECI-DIP DURTAL SA, | |
| Counter-Claimant, | |
| v. | |
| TRI-STAR ELECTRONICS INTERNATIONAL, INC., | |
| Counter-Defendant. | |

Having considered the Parties' Stipulated Protective Order filed on June 13, 2011, the Court finds good cause for entering the Protective Order to protect the Parties' confidential information in this matter.

IT IS SO ORDERED.

DATED: __6/14/2011_____

_____
Andrew J. Wistrich
U.S. MAGISTRATE JUDGE

NEAL, GERBER & EISENBERG LLP
ATTORNEYS AT LAW
CHICAGO

## **PROOF OF SERVICE**

I, Katherine Brandenburg, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Forty-First Floor, Los Angeles, California 90071.

On June 13, 2011, I electronically filed the attached document:

### **[PROPOSED] PROTECTIVE ORDER**

with the Clerk of the court using the CM/ECF system which will then send a notification of such filing to the following:

| | |
|---|---|
| Gary A. Clark | gclark@sheppardmullin.com |
| Darren M. Franklin | dfranklin@sheppardmullin.com |
| Robert E. Browne | rbrowne@ngelaw.com |
| William J. Lenz | wlenz@ngelaw.com |
| Maurice E. Finnegan, III | mfinnegan@ngelaw.com |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 13, 2011, at Los Angeles, California.

/s/ Katherine Brandenburg

NEAL, GERBER & EISENBERG LLP
ATTORNEYS AT LAW
CHICAGO