TODD M. SORRELL (BAR NO. 175143)
tsorrell@fulbright.com
SPENCER PERSSON (BAR NO. 235054)
spersson@fulbright.com
FULBRIGHT & JAWORSKI L.L.P.
555 South Flower Street, Forty-First Floor
Los Angeles, CA 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494

Attorneys for Plaintiff and Counter-Defendant
TRI-STAR ELECTRONICS INTERNATIONAL, INC.

DARREN M. FRANKLIN, Cal. Bar No. 210939
dfranklin@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 43rd Floor
Los Angeles, California  90071-1422
Telephone:  213-620-1780
Facsimile:  213-620-1398

ROBERT E. BROWNE (*pro hac vice*)
rbrowne@ngelaw.com
MIKE R. TURNER (*pro hac* vice)
mturner@ngelaw.com
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street, Suite 1700
Chicago, Illinois  60602-3801
Telephone:  312-269-8000
Facsimile:  312-269-1747

Attorneys for Defendant and Counter-Claimant
PRECI-DIP SA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TRI-STAR ELECTRONICS INTERNATIONAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PRECI-DIP DURTAL SA,<br><br>Defendant,<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV 08-04226 GAF (AJWx)<br><br>**[PROPOSED]** NON-FINAL **JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NO. 6,250,974** |

Plaintiff and Counter-Defendant Tri-Star Electronics International, Inc. ("Tri-Star") and Defendant and Counter-Claimant Preci-Dip SA (sued as Preci-Dip Durtal SA) ("Preci-Dip"), having stipulated that the electrical contact devices accused by Tri-Star of infringing U.S. Patent No. 6,250,974 in this matter do not infringe claims 1-3, 7, 13 and 16 of that patent as its terms have been construed by this Court, and having stipulated to a Judgment by this Court granting Preci-Dip's request for a declaration of non-infringement, and good cause appearing for granting the stipulation,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Preci-Dip has not infringed claims 1-3, 7, 13 and 16 of U.S. Patent No. 6,250,974 as those claims have been construed by this Court. This is not intended to be a Final Judgment in this case under Federal Rule of Civil Procedure 54(b), and any time to appeal this judgment will not begin to run until a final judgment is entered at the conclusion of this matter. Tri-Star may object to or appeal this Judgment and the Court's Order re: Claim Construction, including an appeal of the claim constructions of the '974 Patent.

DATED:   July 5, 2012

_____
U.S. DISTRICT JUDGE

Submitted by:

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By   */s/ Darren M. Franklin*
        DARREN M. FRANKLIN

Attorneys for Defendant and Counter-Claimant
PRECI-DIP SA

NGEDOCS: 1989707.3