JS-6

1  GARY A. CLARK, Cal. Bar No. 65455
   gclark@sheppardmullin.com
2  DARREN M. FRANKLIN, Cal. Bar No. 210939
   dfranklin@sheppardmullin.com
3  SHEPPARD MULLIN RICHTER & HAMPTON LLP
     A Limited Liability Partnership
4     Including Professional Corporations
   333 South Hope Street, 43rd Floor
5  Los Angeles, California  90071-1422
   Telephone:  213-620-1780
6  Facsimile:  213-620-1398

7
   ROBERT E. BROWNE (*pro hac vice*)
8  rbrowne@ngelaw.com
   WILLIAM J. LENZ (*pro hac vice*)
9  wlenz@ngelaw.com
   GREGORY J. LEIGHTON (*pro hac vice*)
10 gleighton@ngelaw.com
   MIKE R. TURNER (*pro hac* vice)
11 mturner@ngelaw.com
   NEAL, GERBER & EISENBERG LLP
12 Two North LaSalle Street, Suite 1700
   Chicago, Illinois  60602-3801
13 Telephone:  312-269-8000
   Attorneys for Defendant and Counter-Claimant
14 PRECI-DIP SA

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| TRI-STAR ELECTRONICS INTERNATIONAL, INC.,<br><br>Plaintiff<br><br>v.<br><br>PRECI-DIP DURTAL SA,<br><br>Defendant.<br><br>PRECI-DIP DURTAL SA,<br><br>Counter-Claimant,<br><br>v.<br><br>TRI-STAR ELECTRONICS INTERNATIONAL, INC.,<br><br>Counter-Defendant. | Case No. CV 08-04226-GAF-AJWx<br><br>The Honorable Gary A. Feess<br>The Honorable Andrew J. Wistrich<br><br>Fact Discovery Cut-Off:  April 26, 2013<br>Pretrial Conference:  TBD<br>Start of Trial:  TBD<br><br>**FINAL JUDGMENT AND DISMISSAL OF ALL CLAIMS** |
|---|---|

Plaintiff and Counter-Defendant, Tri-Star Electronics International, Inc. ("Tri-Star") and Defendant and Counter-Claimant, Preci-Dip SA, sued as Preci-Dip Durtal SA ("Preci-Dip"), having stipulated that the Non-Final Judgment of Non-Infringement entered by this Court on July 6, 2012 may be made Final and that the remaining Counterclaims filed by Preci-Dip, namely, Count I and Counts III through VI be dismissed without prejudice, and good cause appearing for granting the Stipulation:

IT IS HEREBY ORDERED, ADJUDGED and DECREED, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure: That the electrical contacts of Preci-Dip identified in Tri-Star's Second Amended Disclosure of Asserted Claims and Infringement Contentions [Docket Nos. 129 and 129-1, filed November 22, 2011] do not infringe Claims 1-3, 7, 13 and 16 of U.S. Patent No. 6,250,974, as those claims have been construed by the Court; that Preci-Dip's Counterclaims for Declaration Of Non-Infringement (Count 1), Federal Unfair Competition (Count III), Violation Of The California Unfair Competition Act (Count IV), California Common Law Unfair Competition (Count V), and Interference With Contractual Relations And Prospective Business Advantage (Count VI) be, and hereby are dismissed without prejudice; and, that this case is otherwise terminated with each party to bear its own costs, expenses, and attorneys' fees.

Dated: February 27, 2013

_____
Honorable Gary A. Feess
U.S. District Judge